# MEMORANDUM DECISIONS

## 1

BEAVER BOARD COMPANIES, Plaintiff, v. James IMBRIE, et al., Defendants, and Madelaine H. West, Appellant. (Circuit Court of Appeals, Second Circuit. May 4, 1925.) No. 354. Appeal from the District Court of the United States for the Southern District of New York. Ferris, Shepard, Joyce & McCoy, of New York City (John E. Joyce, of New York City, of counsel), for appellant. Rabenold & Scribner, of New York City (Ralph M. Ketcham, of New York City, of counsel), for appellee. Before ROGERS, HOUGH, and HAND, Circuit Judges.

PER CURIAM. Order reversed in open court.

## 2

CENTRAL VERMONT RAILWAY COMPANY, Plaintiff in Error, v. George B. HOWARD, Defendant in Error. (Circuit Court of Appeals, Second Circuit. April 20, 1925.) No. 321. In Error to the District Court of the United States for the District of Vermont. See, also, 297 F. 566. J. W. Redmond, of Newport, Vt., for plaintiff in error. M. G. Leary, of Burlington, Vt., and H. C. Shurtleff, of Montpelier, Vt., for defendant in error. Before ROGERS, MANTON, and HAND, Circuit Judges.

PER CURIAM. Judgment affirmed.

## 3

August J. CONIGLIARO and Salvatore Conigliaro, Plaintiffs in Error, v. UNITED STATES, Defendant in Error. (Circuit Court of Appeals, Second Circuit. April 24, 1925.) No. 254. In Error to the District Court of the United States for the Southern District of New York. Nicholas Selvaggi, of New York City (Harry G. Anderson, of New York City, of counsel), for plaintiffs in error. Emory R. Buckner, U. S. Atty., of New York City (John M. Cashin, Special Asst. U. S. Atty., of New York City, of counsel), for the United States. Before HOUGH, MANTON, and HAND, Circuit Judges.

PER CURIAM. Judgment affirmed.

## 4

Frank D'ALBA, Plaintiff in Error, v. UNITED STATES, Defendant in Error. (Circuit Court of Appeals, Second Circuit. June 1, 1925.) No. 378. In Error to the District Court of the United States for the Eastern District of New York. M. T. Abruzzo and John C. Judge, both of Brooklyn, N. Y., for plaintiff in error. Ralph C. Greene, U. S. Atty., of Brooklyn, N. Y. (William A. De Groot, Asst. U. S. Atty., of Brooklyn, N. Y., of counsel), for the United States. Before

HOUGH, MANTON, and HAND, Circuit Judges.

PER CURIAM. Judgment affirmed.

## 5

William H. FLORA, Receiver of Corydon National Bank, Plaintiff in Error, v. J. Forrest MELTON, Defendant in Error. (Circuit Court of Appeals, Seventh Circuit. May 29, 1925.) No. 3533. In Error to the District Court of the United States for the District of Indiana. Paul Y. Davis, of Indianapolis, Ind., for plaintiff. Madison Walsh, of Indianapolis, Ind., for defendant. Before ALSCHULER, EVANS, and PAGE, Circuit Judges.

PAGE, Circuit Judge. Appellant, receiver of a national bank, sued appellee on his promissory note, payable to the bank. Appellee answered (1) denying the complaint; (2) admitting the note and denying consideration; and (3) averring the note was for the accommodation of the bank. After jury waiver in writing and trial by the court, judgment was entered for appellee. Whether any question is properly here for determination we do not decide, but it is conceded there is none if there is any conflict in the evidence. The note in evidence supports the complaint, but other evidence contradicts the plain import of the note, and shows that it was given for the accommodation of some one. Appellant contends that it was for the accommodation of the bank's president, as an individual, and a finding to that effect would not have been unsupported by evidence. Appellee contends that the note was for the bank's accommodation, and such a finding would certainly not have been without evidence to support it. Clearly there was a conflict in the evidence. The judgment is affirmed.

## 6

In the Matter of Oscar L. GUBELMAN et al., trading as copartners under the firm name and style of Knauth, Nachod & Kuhne, etc., Bankrupts; Middleton S. BORLAND, Trustee in Bankruptcy, Appellants; UNITED STATES, Appellee.* (Circuit Court of Appeals, Second Circuit. April 6, 1925.) No. 346. Appeal from the District Court of the United States for the Southern District of New York. Rosenberg & Ball, of New York City (Godfrey Goldmark and George G. Ernst, both of New York City, of counsel), for trustee. Emory R. Buckner, U. S. Atty., of New York City (John M. Ryan, Sp. Asst. U. S. Atty., of New York City, of counsel), for the United States. Before ROGERS, HOUGH, and HAND, Circuit Judges.

PER CURIAM. Order affirmed, on the authority of In re Tidewater Coal Exchange (C. C. A.) 280 F. 648. See, also, 298 F. 766.

*Certiorari granted, 45 S. Ct. 512, 69 L. Ed. —, and order reversed 45 S. Ct. 549, 69 L. Ed. —.